

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| M. GARZA ENTERPRISES, INC. and EVERETT HOLDINGS, LLC, | § | No. 08-23-00354-CV |
| | § | Appeal from |
| Appellants, | | |
| | § | 131st Judicial District Court |
| v. | | |
| | § | of Bexar County, Texas |
| JULIA PEREZ, | | |
| | § | (TC# 2022CI00753) |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order Appellant to pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF JUNE 2024.


LISA J. SOTO, Justice


Before Alley, C.J., Palafox and Soto, JJ.